JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT, | Case No. CV 20-4057-PA (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| JOSIE GASTELLO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend.

DATED: April 12, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE